**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: REESTABLISHMENT OF THE : NO. 469
MAGISTERIAL DISTRICTS WITHIN THE :
54th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 2nd day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 54th Judicial District (Jefferson County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Jefferson County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 54-3-01 | Punxsutawney Borough |
| Magisterial District Judge Jacqueline J. Mizerock | Timblin Borough |
| | Worthville Borough |
| | Bell Township |
| | Gaskill Township |
| | McCalmont Township |
| | Oliver Township |
| | Perry Township |
| | Porter Township |
| | Ringgold Township |
| | Young Township |

Magisterial District 54-3-02                     Big Run Borough
Magisterial District Judge David B. Inzana       Brockway Borough
                                                 Falls Creek Borough
                                                 Reynoldsville Borough
                                                 Sykesville Borough
                                                 Henderson Township
                                                 Polk Township
                                                 Snyder Township
                                                 Washington Township
                                                 Winslow Township


Magisterial District 54-3-03                     Brookville Borough
Magisterial District Judge Gregory M. Bazylak    Corsica Borough
                                                 Summerville Borough
                                                 Barnett Township
                                                 Beaver Township
                                                 Clover Township
                                                 Eldred Township
                                                 Heath Township
                                                 Knox Township
                                                 Pine Creek Township
                                                 Rose Township
                                                 Union Township
                                                 Warsaw Township